UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DENISE ANN FLORA,

        Petitioner,

v.

        Case No. 1:23-cv-346

        Honorable Paul L. Maloney

JEREMY HOWARD,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  July 5, 2023                      /s/  Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge