UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DENISE ANN FLORA,

        Petitioner,

v.

JEREMY HOWARD,

        Respondent.

_____/

Case No. 1:23-cv-346

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** because the petition fails to raise a meritorious federal claim.

Dated: July 5, 2023

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge